# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Roy L Banks  
    Gwendolyn Banks  
        Debtor(s)

Case No. 11 B 25454

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/17/2011.

2) The plan was confirmed on 08/18/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/04/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 07/14/2015.

6) Number of months from filing to last payment: 49.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $93,524.38.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $60,328.13 |
| Less amount refunded to debtor | $4,828.43 |

**NET RECEIPTS:** $55,499.70

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,527.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,332.88 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,860.38

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Accounts Receivable Management | Unsecured | 626.14 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Management | Unsecured | 3,287.20 | NA | NA | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | 34.17 | NA | NA | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | 159.84 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 34.17 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 790.96 | 346.60 | 346.60 | 34.66 | 0.00 |
| American Medical Collection | Unsecured | 80.14 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 752.14 | NA | NA | 0.00 | 0.00 |
| Asset Management Out | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| Associated Lab Physicians | Unsecured | 139.50 | NA | NA | 0.00 | 0.00 |
| BAC Home Loan Servicing LP | Secured | 138,743.85 | NA | NA | 0.00 | 0.00 |
| BAC Home Loan Servicing LP | Secured | 138,743.85 | 12,023.85 | 12,023.85 | 12,023.85 | 0.00 |
| Candica LLC | Unsecured | 1,861.00 | 1,921.03 | 1,921.03 | 192.10 | 0.00 |
| Carmella Barrett Perry DDS | Unsecured | 14.30 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 68.68 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 58.86 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 49.51 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| Checks Unlimited | Unsecured | 29.45 | NA | NA | 0.00 | 0.00 |
| Collection System | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 955.01 | 862.70 | 862.70 | 86.27 | 0.00 |
| Cook County State's Attorney | Unsecured | 231.72 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Department Stores National Bank | Unsecured | 422.00 | 422.17 | 422.17 | 42.22 | 0.00 |
| E R Solutions | Unsecured | 87.03 | NA | NA | 0.00 | 0.00 |
| E R Solutions | Unsecured | 993.20 | NA | NA | 0.00 | 0.00 |
| E R Solutions | Unsecured | 924.25 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 1,088.00 | 1,089.92 | 1,089.92 | 108.99 | 0.00 |
| Enhanced Recovery | Unsecured | 747.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EOSCCA | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 547.36 | NA | NA | 0.00 | 0.00 |
| First Consumers National Bank | Unsecured | 124.99 | NA | NA | 0.00 | 0.00 |
| Ginny's | Unsecured | NA | 161.39 | 161.39 | 16.14 | 0.00 |
| H E Stark Agency | Unsecured | 191.57 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 3,417.00 | NA | NA | 0.00 | 0.00 |
| HSN Credit Dept | Unsecured | 599.92 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 1,067.35 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 311.86 | 311.86 | 31.19 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 703.58 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,645.74 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 12,109.25 | 15,929.11 | 15,929.11 | 15,929.11 | 0.00 |
| Internal Revenue Service | Priority | 1,799.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 2,048.58 | 2,048.58 | 204.86 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,053.38 | 1,257.33 | 1,257.33 | 125.73 | 0.00 |
| Jewel Osco | Unsecured | 24.51 | NA | NA | 0.00 | 0.00 |
| Kmart Corp | Unsecured | 194.76 | NA | NA | 0.00 | 0.00 |
| Mason Easy Pay | Unsecured | 32.62 | NA | NA | 0.00 | 0.00 |
| Masseys | Unsecured | 124.91 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 314.71 | NA | NA | 0.00 | 0.00 |
| Navient Solutions Inc | Unsecured | 57,740.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,259.00 | 1,312.96 | 1,312.96 | 131.30 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | 299.00 | 334.36 | 334.36 | 33.44 | 0.00 |
| Oak Lawn Radiologists SC | Unsecured | 6.48 | NA | NA | 0.00 | 0.00 |
| Olympia Fields Internal Medici | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Olympia Fields Internal Medicine | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Omni | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 961.41 | 995.00 | 995.00 | 99.50 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 641.76 | 641.76 | 64.18 | 0.00 |
| QVC | Unsecured | 209.94 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | NA | 312.70 | 312.70 | 31.27 | 0.00 |
| Seventh Avenue | Unsecured | 188.60 | NA | NA | 0.00 | 0.00 |
| State of Illinois | Unsecured | 853.78 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Services,Inc. | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Tele-Collection Systems | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Toyota Motor Credit Corporation | Unsecured | 17,723.00 | 413.48 | 413.48 | 41.35 | 0.00 |
| Toyota Motor Credit Corporation | Secured | 17,723.00 | 18,049.50 | 17,636.02 | 17,636.02 | 2,552.98 |
| TRS Recovery Services Inc | Unsecured | 187.73 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services Inc | Unsecured | 219.76 | NA | NA | 0.00 | 0.00 |
| United States Dept of HUD | Secured | NA | 6,055.80 | 6,055.80 | 254.16 | 0.00 |
| University Accounting Service | Unsecured | 3,560.00 | NA | NA | 0.00 | 0.00 |
| Virtuoso Sourcing Group | Unsecured | 119.14 | NA | NA | 0.00 | 0.00 |
| Vision Financial | Unsecured | 314.71 | NA | NA | 0.00 | 0.00 |
| Vision Financial | Unsecured | 29.60 | NA | NA | 0.00 | 0.00 |
| Wal Mart Stores | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $6,055.80 | $254.16 | $0.00 |
|    Mortgage Arrearage | $12,023.85 | $12,023.85 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $17,636.02 | $17,636.02 | $2,552.98 |
| **TOTAL SECURED:** | **$35,715.67** | **$29,914.03** | **$2,552.98** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $15,929.11 | $15,929.11 | $0.00 |
| **TOTAL PRIORITY:** | **$15,929.11** | **$15,929.11** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,931.84** | **$1,243.20** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,860.38 |
| Disbursements to Creditors | $49,639.32 |
| **TOTAL DISBURSEMENTS:** | **$55,499.70** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/08/2016          By: /s/ Marilyn O. Marshall
                                                Trustee

**STATEMENT:** This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**